**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| Fnu Muhibullah, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: .: 1:25-cv-00264-MSN-IDD |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| Kenneth Platek et al, | ) | **PURSUANT TO FEDERAL RULE OF** |
| | ) | **CIVIL PROCEDURE 41(a)** |
| Defendants. | ) | |
| | ) | |

**PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**

Plaintiff brought this lawsuit against Defendants, seeking, in pertinent part, a final decision on his visa application by the U.S. Embassy in Islamabad. Defendants have since completed final processing of the visa application, and a consular officer issued the visa to Plaintiff Muhibullah on or about March 26, 2025.

Wherefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff and his counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against all Defendants.

Respectfully submitted,

So Ordered

/s/
Michael S. Nachmanoff
United States District Judge
4/14/25

*/s/ Matthew T. Galati*
Matthew T. Galati (VA 80377)
THE GALATI LAW FIRM, LLC
8080 Old York Road, Suite 204
Elkins Park, PA 19027
Tel: 215-309-1728
matt@galati.law

*Attorney for Plaintiff*